IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GABRIELLE MURPHY** : | **CIVIL ACTION** |
| : | |
| **v.** : | |
| : | |
| **NEW ERA, JOHN DOE 1-10** : | |
| **(FICTITIOUS NAMES) and ABC** : | |
| **CORP. 1-10 (FICTITIOUS NAMES** : | **NO. 18-5626** |

## ORDER

**NOW**, this 21st day of March, 2019, after a pretrial conference at which the plaintiff conceded that the amount in controversy does not exceed $75,000.00, this action is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.[1]

/s/TIMOTHY J. SAVAGE

---

[1] This Order is without prejudice to plaintiff's right to transfer this action to the Court of Common Pleas of Philadelphia County pursuant to 42 Pa.C.S.A. § 5103(b).